SLIP OPINION

Cite as 2015 Ark. 469

# SUPREME COURT OF ARKANSAS

No. CR–15–948

| | | |
|---|---|---|
| RANDY WILLIAM GAY | | **Opinion Delivered** December 10, 2015 |
| | APPELLANT | |
| V. | | MOTION TO WITHDRAW AS ATTORNEY ON DIRECT APPEAL |
| STATE OF ARKANSAS | | |
| | APPELLEE | <u>MOTION GRANTED</u>. |

**PER CURIAM**

A jury in the Garland County Circuit Court found appellant Randy William Gay guilty of capital murder for which he received a sentence of death. Gay is represented by Mark S. Fraiser, who asks to be relieved on the ground that he is not eligible to be compensated for services as appellate counsel.

Arkansas Code Annotated section 19-4-1604(b)(2)(B) (Repl. 2007) provides that persons employed as full-time public defenders who are not provided a state-funded secretary are eligible to seek compensation for appellate work. Counsel affirms that he is a full-time public defender with a full-time, state-funded secretary. Under these circumstances, he is not entitled to be paid for services in this appeal, and his request to be relieved is well-founded. *Craigg v. State*, 2012 Ark. 95 (per curiam).

Therefore, we grant Fraiser's motion to be relieved. We appoint attorney Dale Adams to represent Gay on appeal. Our clerk is directed to set a briefing schedule for the appeal.

Motion granted.